UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JEROME FLETCHER HORTON, JR.,<br><br>           Defendant. | CR 22-6 DWF<br>**INFORMATION**<br><br>(18 U.S.C. § 922(a)(6))<br>(18 U.S.C. § 924(a)(2))<br>(18 U.S.C. § 924(d)(1))<br>(28 U.S.C. § 2461(c)) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(False Statement During the Purchase of a Firearm)

On or about July 31, 2021, in the State and District of Minnesota, the defendant,

**JEROME FLETCHER HORTON, JR.,**

in connection with the acquisition of a firearm, namely, a Mossberg model MC2C 9mm semiautomatic pistol bearing serial number 017520MC, from Fleet Farm, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fleet Farm, which statement was intended and likely to deceive Fleet Farm as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Bureau of Alcohol, Tobacco, Firearms and Explosives

SCANNED
JAN 1 8 2022
U.S. DISTRICT COURT MPLS

*United States v. Jerome Fletcher Horton, Jr.*

Form 4473 in connection with the purchase of the said firearm, on which form the defendant indicated that he was the actual buyer of the firearm, when in fact the defendant was not the actual buyer of the firearm, and the defendant then knew he was not the actual buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Information, the defendant,

**JEROME FLETCHER HORTON, JR.,**

shall forfeit to the United states, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms with accessories (including magazines) or any ammunition involved in or used in any knowing violation of Section 922(a)(6), including but not limited to a Mossberg model MC2C bearing serial number 017520MC.

Dated:   January 18, 2022          CHARLES J. KOVATS, JR.
                                   Acting United States Attorney


                                   s/Thomas Calhoun-Lopez
                                   BY:   THOMAS CALHOUN-LOPEZ
                                   Assistant United States Attorney
                                   Attorney ID No. 480908DC