Waiver of Indictment                                                                 Cr. Form No. 18

# United States District Court

## FOR THE

### DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.: 22-006 (DWF) |
| ) | |
| JEROME FLETCHER HORTON, JR., ) | |
| ) | |

Jerome Fletcher Horton, Jr., the above-named defendant, who is accused of false statement during the purchase of a firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Dated: 3/03/2022

BY: THOMAS CALHOUN-LOPEZ
Assistant United States Attorney

Dated: 3-3-22

JEROME FLETCHER HORTON, JR.
Defendant

Dated: 3-3-22

KEALA C. EDE
Counsel for Defendant