# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　v.<br>Jerome Fletcher Horton, Jr,<br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　CR 22-6 DWF<br>Date:　　　　　October 25, 2022<br>Court Reporter: Lynne Krenz<br>Courthouse:　　St. Paul<br>Courtroom:　　　7C<br>Time Commenced: 3:02 PM<br>Time Concluded:　4:29 PM<br>Time in Court: 1 Hour & 27 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　For Plaintiff:　Thomas Calhoun-Lopez, Assistant United States Attorney
　For Defendant: James S Becker, x FD

**x Sentencing.**

IT IS ORDERED:　Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 25 months | | 3 years | | |

x Special conditions of:　**See J&C for special conditions**
　x Defendant sentenced to pay:
　　　　x Special assessment in the amount of $100.00.
　x Plea and plea agreement accepted.
　x Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with voluntary surrender date of Wednesday, December 7, 2022.

　x　Docket no.:　39 & 41 shall remain sealed for twenty (20) years until 10/25/2042.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/L. Sampson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy